**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-----------------------------------------------------x
                                                     :
In re:                                               :        **Chapter 11**
                                                     :
**TIDEWATER INC.**                                   :        **Case No. 17-_____ (___)**
                                                     :
                                                     :
         Debtor.                                     :
                                                     :
**Tax I.D. No. 72-0487776**                          :
-----------------------------------------------------x
                                                     :
In re:                                               :        **Chapter 11**
                                                     :
**TIDEWATER MARINE**                                 :        **Case No. 17-_____ (___)**
**WESTERN, INC.**                                    :
                                                     :
         Debtor.                                     :
                                                     :
**Tax I.D. No. 74-1401064**                          :
-----------------------------------------------------x
                                                     :
In re:                                               :        **Chapter 11**
                                                     :
**TIDEWATER CORPORATE**                              :        **Case No. 17-_____ (___)**
**SERVICES, L.L.C.**                                 :
                                                     :
         Debtor.                                     :
                                                     :
**Tax I.D. No. 72-0487776**                          :
-----------------------------------------------------x
                                                     :
In re:                                               :        **Chapter 11**
                                                     :
**TIDEWATER MARINE, L.L.C.**                         :        **Case No. 17-_____ (___)**
                                                     :
                                                     :
         Debtor.                                     :
                                                     :
**Tax I.D. No. 72-0487779**                          :
-----------------------------------------------------x

```
----------------------------------------------------x
                                       :
In re:                                 :        Chapter 11
                                       :
CAJUN ACQUISITIONS, LLC                :        Case No. 17-_____ (___)
                                       :
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 20-8952365                :
----------------------------------------------------x
                                       :
In re:                                 :        Chapter 11
                                       :
GULF FLEET SUPPLY                      :        Case No. 17-_____ (___)
VESSELS, L.L.C.                        :
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 72-0772194                :
----------------------------------------------------x
                                       :
In re:                                 :        Chapter 11
                                       :
HILLIARD OIL & GAS, INC.               :        Case No. 17-_____ (___)
                                       :
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 94-1714727                :
----------------------------------------------------x
                                       :
In re:                                 :        Chapter 11
                                       :
JAVA BOAT CORPORATION                  :        Case No. 17-_____ (___)
                                       :
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 72-0730278                :
----------------------------------------------------x
```

2

```
-------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
PAN MARINE INTERNATIONAL            :        Case No. 17-_____ (___)
DUTCH HOLDINGS, L.L.C.              :
                                    :
            Debtor.                 :
                                    :
No Tax I.D. No.                     :
-------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
POINT MARINE, L.L.C.                :        Case No. 17-_____ (___)
                                    :
                                    :
            Debtor.                 :
                                    :
Tax I.D. No. 72-0779586             :
-------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
QUALITY SHIPYARDS, L.L.C.           :        Case No. 17-_____ (___)
                                    :
                                    :
            Debtor.                 :
                                    :
Tax I.D. No. 72-0592335             :
-------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
S.O.P., INC.                        :        Case No. 17-_____ (___)
                                    :
                                    :
            Debtor.                 :
                                    :
Tax I.D. No. 72-0863464             :
-------------------------------------------------------x
```

3

```
-------------------------------------------------x
                                                 :
In re:                                           :        Chapter 11
                                                 :
TIDEWATER MARINE ALASKA, INC. :                           Case No. 17-_____ (___)
                                                 :
                                                 :
             Debtor.                             :
                                                 :
Tax I.D. No. 72-1277549                          :
-------------------------------------------------x
                                                 :
In re:                                           :
                                                 :        Chapter 11
TIDEWATER MARINE                                 :
INTERNATIONAL DUTCH                              :        Case No. 17-_____ (___)
HOLDINGS, L.L.C.                                 :
                                                 :
             Debtor.                             :
                                                 :
Tax I.D. No. 81-0862289                          :
-------------------------------------------------x
                                                 :
In re:                                           :        Chapter 11
                                                 :
TIDEWATER MARINE                                 :        Case No. 17-_____ (___)
SAKHALIN, L.L.C.                                 :
                                                 :
             Debtor.                             :
                                                 :
Tax I.D. No. 72-0487779                          :
-------------------------------------------------x
                                                 :
In re:                                           :        Chapter 11
                                                 :
TIDEWATER MEXICO                                 :        Case No. 17-_____ (___)
HOLDING, L.L.C.                                  :
                                                 :
             Debtor.                             :
                                                 :
Tax I.D. No. 90-0618248                          :
-------------------------------------------------x
```

RLF1 17566912V.1

```
-------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
TIDEWATER VENTURE, INC.                       :        Case No. 17-_____ (___)
                                              :
                                              :
              Debtor.                         :
                                              :
Tax I.D. No. 80-0757694                       :
-------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
TWENTY GRAND (BRAZIL), L.L.C.                 :        Case No. 17-_____ (___)
                                              :
                                              :
              Debtor.                         :
                                              :
Tax I.D. No. 72-0647730                       :
-------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
TWENTY GRAND MARINE                           :        Case No. 17-_____ (___)
SERVICE, L.L.C.                               :
                                              :
              Debtor.                         :
                                              :
Tax I.D. No. 72-0647730                       :
-------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
ZAPATA GULF MARINE, L.L.C.                    :        Case No. 17-_____ (___)
                                              :
                                              :
              Debtor.                         :
                                              :
Tax I.D. No. 76-0125513                       :
-------------------------------------------------------x
```

RLF1 17566912V.1

```
-------------------------------------------------------x
                                          :
In re:                                    :       Chapter 11
                                          :
TIDEWATER GOM, INC.                       :       Case No. 17-_____ (___)
                                          :
                                          :
            Debtor.                       :
                                          :
Tax I.D. No. 81-2112799                   :
-------------------------------------------------------x
                                          :
In re:                                    :       Chapter 11
                                          :
TIDEWATER SUBSEA, L.L.C.                  :       Case No. 17-_____ (___)
                                          :
                                          :
            Debtor.                       :
                                          :
Tax I.D. No. 37-1742022                   :
-------------------------------------------------------x
                                          :
In re:                                    :       Chapter 11
                                          :
TIDEWATER SUBSEA ROV, L.L.C.              :       Case No. 17-_____ (___)
                                          :
                                          :
            Debtor.                       :
                                          :
Tax I.D. No. 36-4783832                   :
-------------------------------------------------------x
                                          :
In re:                                    :       Chapter 11
                                          :
TIDEWATER MARINE FLEET, L.L.C. :                  Case No. 17-_____ (___)
                                          :
                                          :
            Debtor.                       :
                                          :
No Tax I.D. No.                           :
-------------------------------------------------------x
```

RLF1 17566912V.1

```
--------------------------------------------------x
                                           :
In re:                                     :        Chapter 11
                                           :
TIDEWATER MARINE HULLS, L.L.C. :                    Case No. 17-_____ (___)
                                           :
                                           :
            Debtor.                        :
                                           :
No Tax I.D. No.                            :
--------------------------------------------------x
                                           :
In re:                                     :        Chapter 11
                                           :
TIDEWATER MARINE SHIPS, L.L.C. :                    Case No. 17-_____ (___)
                                           :
                                           :
            Debtor.                        :
                                           :
No Tax I.D. No.                            :
--------------------------------------------------x
                                           :
In re:                                     :        Chapter 11
                                           :
TIDEWATER MARINE                           :        Case No. 17-_____ (___)
VESSELS, L.L.C.                            :
                                           :
            Debtor.                        :
                                           :
No Tax I.D. No.                            :
--------------------------------------------------x
```

**MOTION OF DEBTORS FOR ENTRY OF ORDER DIRECTING JOINT
ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)**

RLF1 17566912V.1

Tidewater Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") respectfully represent as follows in support of this motion (the "**Motion**"):

**Relief Requested**

1.     By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors request entry of an order directing consolidation of their chapter 11 cases for procedural purposes only.

2.     A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

**Jurisdiction and Venue**

3.     The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and *the Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.     Pursuant to Local Rule 9013–1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**Background**

5.     On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the

"**Bankruptcy Code**").   The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

6.      Before the Petition Date, the Debtors began the solicitation of votes on their *Joint Prepackaged Chapter 11 Plan of Reorganization of Tidewater Inc. and Its Affiliated Debtors* (the "**Prepackaged Plan**") through their *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Tidewater Inc. and Its Affiliated Debtors* pursuant to sections 1125 and 1126(b) of the Bankruptcy Code.   The Debtors expect that the Prepackaged Plan will be accepted by the class entitled to vote in excess of the statutory thresholds specified in section 1126(c) of the Bankruptcy Code.

7.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Quinn P. Fanning in Support of the Debtors' Chapter 11 Petitions and Related Requests for Relief* (the "**Fanning Declaration**"), which has been filed with the Court contemporaneously herewith and is incorporated herein by reference.

### Basis for Relief Requested

8.      Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."   Fed. R. Bankr. P. 1015(b).   Section 101(2) of the Bankruptcy Code defines the term "affiliate" to mean:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—

(i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

(ii) solely to secure a debt, if such entity has not in fact exercised such power to vote;

(B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—

(i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

(ii) solely to secure a debt, if such entity has not in fact exercised such power to vote . . . .

11 U.S.C. § 101(2).  The Debtors are affiliates of one another because Tidewater Inc., a Debtor, owns or controls, either directly or indirectly, 100% of the outstanding voting securities of each of the Debtors.  Accordingly, this Court is authorized to jointly administer these cases for procedural purposes.

9.      In addition, Local Rule 1015–1 provides, in relevant part, as follows:

An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Pursuant to Local Rule 1015–1, the Debtors have filed the Quinn Declaration contemporaneously herewith.  The Quinn Declaration establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden for the Court and parties in interest.

10

10.     Joint administration of these cases will save the Debtors and their estates substantial time and expense because it will remove the need to prepare, replicate, file, and serve duplicative notices, applications, and orders.  Further, joint administration will relieve the Court of entering duplicative orders and maintaining duplicative files and dockets.  The United States Trustee for the District of Delaware (the "**U.S. Trustee**") and other parties in interest will similarly benefit from joint administration of these chapter 11 cases, sparing them the time and effort of reviewing duplicative pleadings and papers.

11.     Joint administration will not adversely affect creditors' rights because this Motion requests only the administrative consolidation of the estates for procedural purposes, and does not seek substantive consolidation.  As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved.

12.     The Debtors respectfully request that each of the Debtors' chapter 11 cases be administered under a consolidated caption, in the following form:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re:* | § | **Chapter 11** |
| | § | |
| **TIDEWATER INC.,** *et al.*, | § | **Case No. 17-[_____] (___)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** [1] | § | |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Tidewater Inc. (7776), Tidewater Marine Western, Inc. (1064), Tidewater Corporate Services, L.L.C. (7776), Tidewater Marine, L.L.C. (7779), Cajun Acquisitions, LLC (2365), Gulf Fleet Supply Vessels, L.L.C. (2194), Hilliard Oil & Gas, Inc. (4727), Java Boat Corporation (0278), Pan Marine International Dutch Holdings, L.L.C., Point Marine, L.L.C. (9586), Quality Shipyards, L.L.C. (2335), S.O.P., Inc. (3464), Tidewater Marine Alaska, Inc. (7549), Tidewater Marine International Dutch Holdings, L.L.C. (2289), Tidewater Marine Sakhalin, L.L.C. (7779), Tidewater Mexico Holding, L.L.C. (8248), Tidewater Venture, Inc. (7694), Twenty Grand (Brazil), L.L.C. (7730), Twenty Grand Marine Service, L.L.C. (7730), Zapata Gulf Marine, L.L.C. (5513), Tidewater GOM, Inc. (2799), Tidewater Subsea, L.L.C. (2022), Tidewater Subsea ROV, L.L.C. (3832), Tidewater Marine Fleet, L.L.C., Tidewater Marine Hulls, L.L.C., Tidewater Marine Ships, L.L.C., and Tidewater Marine Vessels, L.L.C.  The Debtors' principal offices are located at 601 Poydras Street, Suite 1500, New Orleans, Louisiana 70130.

11

13.    The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of Tidewater Inc.) to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Tidewater Inc., *et al*.  The docket in Case No. 17-_____ (    ) should be consulted for all matters affecting this case.

14.    Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of their estates and creditors, and should be granted in all respects.

## Notice

15.    Notice of this Motion will be provided to (i) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19899-0035 (Attn: Linda Casey, Esq.); (ii) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis; (iii) counsel to the Credit Agreement Agent, (a) Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110 (Attn: Amy L. Kyle, Esq. and Edwin E. Smith, Esq.), and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899 (Attn: Derek C. Abbott, Esq.); (iv) counsel to the Unofficial Noteholder Committee, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Alan W. Kornberg, Esq. and Brian S. Hermann, Esq.), and (b) Blank Rome LLP, 1201 North Market Street, Suite 800, Wilmington, DE 19801 (Attn: Stanley B. Tarr, Esq. and Rick Antonoff, Esq.); (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the United States Attorney's Office for the District of Delaware; and (viii) any other party entitled to notice pursuant to Local Rule 9013-1(m).

16.    The Debtors respectfully submit that no further notice is required.  No previous request for the relief sought herein has been made by the Debtors to this or any other court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: May 17, 2017
   Wilmington, Delaware

        */s/ Zachary I. Shapiro*
        Daniel J. DeFranceschi (No. 2732)
        Zachary I. Shapiro (No. 5103)
        RICHARDS, LAYTON & FINGER, P.A.
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone:  (302) 651-7700
        Facsimile:  (302) 651-7701
        Email:  defranceschi@rlf.com
        Email:  shapiro@rlf.com

        -and-

        Ray C. Schrock, P.C. (pro hac vice pending)
        Jill Frizzley (pro hac vice pending)
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York  10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007
        Email:  ray.schrock@weil.com
        Email:  jill.frizzley@weil.com

        -and-

        Alfredo R. Pérez (pro hac vice pending)
        Chris López (pro hac vice pending)
        WEIL, GOTSHAL & MANGES LLP
        700 Louisiana Street, Suite 1700
        Houston, Texas  77002
        Telephone: (713) 546-5000
        Facsimile:  (713) 224-9511
        Email:  alfredo.perez@weil.com
        Email:  chris.lopez@weil.com

        *Proposed Attorneys for*
        *Debtors and Debtors in Possession*

## Exhibit A

**Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

--------------------------------------------------------x
              :

In re:                      :       **Chapter 11**
              :

**TIDEWATER INC.**           :       **Case No. 17-_____ (___)**
              :
              :

           **Debtor.**       :
              :

**Tax I.D. No. 72-0487776**   :
--------------------------------------------------------x
              :

In re:                      :       **Chapter 11**
              :

**TIDEWATER MARINE**     :       **Case No. 17-_____ (___)**
**WESTERN, INC.**          :
              :

           **Debtor.**       :
              :

**Tax I.D. No. 74-1401064**   :
--------------------------------------------------------x
              :

In re:                      :       **Chapter 11**
               :

**TIDEWATER CORPORATE**   :       **Case No. 17-_____ (___)**
**SERVICES, L.L.C.**        :
              :

           **Debtor.**       :
              :

**Tax I.D. No. 72-0487776**   :
--------------------------------------------------------x
              :

In re:                      :       **Chapter 11**
               :

**TIDEWATER MARINE, L.L.C.** :       **Case No. 17-_____ (___)**
              :
              :

           **Debtor.**       :
              :

**Tax I.D. No. 72-0487779**   :
--------------------------------------------------------x

```
-----------------------------------------------------x
                                  :
In re:                            :        Chapter 11
                                  :
CAJUN ACQUISITIONS, LLC           :        Case No. 17-_____ (___)
                                  :
                                  :
          Debtor.                 :
                                  :
Tax I.D. No. 20-8952365           :
-----------------------------------------------------x
                                  :
In re:                            :        Chapter 11
                                  :
GULF FLEET SUPPLY VESSELS,        :        Case No. 17-_____ (___)
L.L.C.                            :
                                  :
          Debtor.                 :
                                  :
Tax I.D. No. 72-0772194           :
-----------------------------------------------------x
                                  :
In re:                            :        Chapter 11
                                  :
HILLIARD OIL & GAS, INC.          :        Case No. 17-_____ (___)
                                  :
                                  :
          Debtor.                 :
                                  :
Tax I.D. No. 94-1714727           :
-----------------------------------------------------x
                                  :
In re:                            :        Chapter 11
                                  :
JAVA BOAT CORPORATION             :        Case No. 17-_____ (___)
                                  :
                                  :
          Debtor.                 :
                                  :
Tax I.D. No. 72-0730278           :
-----------------------------------------------------x
```

RLF1 17566912V.1

```
-------------------------------------------------x
                                       :
In re:                                 :         Chapter 11
                                       :
PAN MARINE INTERNATIONAL               :         Case No. 17-_____ (___)
DUTCH HOLDINGS, L.L.C.                 :
                                       :
          Debtor.                      :
                                       :
No Tax I.D. No.                        :
-------------------------------------------------x
                                       :
In re:                                 :         Chapter 11
                                       :
POINT MARINE, L.L.C.                   :         Case No. 17-_____ (___)
                                       :
                                       :
          Debtor.                      :
                                       :
Tax I.D. No. 72-0779586                :
-------------------------------------------------x
                                       :
In re:                                 :         Chapter 11
                                       :
QUALITY SHIPYARDS, L.L.C.              :         Case No. 17-_____ (___)
                                       :
                                       :
          Debtor.                      :
                                       :
Tax I.D. No. 72-0592335                :
-------------------------------------------------x
                                       :
In re:                                 :         Chapter 11
                                       :
S.O.P., INC.                           :         Case No. 17-_____ (___)
                                       :
                                       :
          Debtor.                      :
                                       :
Tax I.D. No. 72-0863464                :
-------------------------------------------------x
```

```
--------------------------------------------------x
                                                  :
In re:                                            :        Chapter 11
                                                  :
TIDEWATER MARINE ALASKA, INC.                     :        Case No. 17-_____ (___)
                                                  :
                                                  :
                Debtor.                           :
                                                  :
Tax I.D. No. 72-1277549                           :
--------------------------------------------------x
                                                  :
In re:                                            :
                                                  :        Chapter 11
TIDEWATER MARINE                                  :
INTERNATIONAL DUTCH                               :        Case No. 17-_____ (___)
HOLDINGS, L.L.C.                                  :
                                                  :
                Debtor.                           :
                                                  :
Tax I.D. No. 81-0862289                           :
--------------------------------------------------x
                                                  :
In re:                                            :        Chapter 11
                                                  :
TIDEWATER MARINE                                  :        Case No. 17-_____ (___)
SAKHALIN, L.L.C.                                  :
                                                  :
                Debtor.                           :
                                                  :
Tax I.D. No. 72-0487779                           :
--------------------------------------------------x
                                                  :
In re:                                            :        Chapter 11
                                                  :
TIDEWATER MEXICO                                  :        Case No. 17-_____ (___)
HOLDING, L.L.C.                                   :
                                                  :
                Debtor.                           :
                                                  :
Tax I.D. No. 90-0618248                           :
--------------------------------------------------x
```

RLF1 17566912V.1

```
--------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
TIDEWATER VENTURE, INC.                   :        Case No. 17-_____ (___)
                                          :
                                          :
              Debtor.                     :
                                          :
Tax I.D. No. 80-0757694                   :
--------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
TWENTY GRAND (BRAZIL), L.L.C.             :        Case No. 17-_____ (___)
                                          :
                                          :
              Debtor.                     :
                                          :
Tax I.D. No. 72-0647730                   :
--------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
TWENTY GRAND MARINE                       :        Case No. 17-_____ (___)
SERVICE, L.L.C.                           :
                                          :
              Debtor.                     :
                                          :
Tax I.D. No. 72-0647730                   :
--------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
ZAPATA GULF MARINE, L.L.C.                :        Case No. 17-_____ (___)
                                          :
                                          :
              Debtor.                     :
                                          :
Tax I.D. No. 76-0125513                   :
--------------------------------------------------x
```

RLF1 17566912V.1

```
----------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
TIDEWATER GOM, INC.                     :        Case No. 17-_____ (___)
                                        :
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 81-2112799                 :
----------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
TIDEWATER SUBSEA, L.L.C.                :        Case No. 17-_____ (___)
                                        :
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 37-1742022                 :
----------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
TIDEWATER SUBSEA ROV, L.L.C.            :        Case No. 17-_____ (___)
                                        :
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 36-4783832                 :
----------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
TIDEWATER MARINE FLEET, L.L.C.  :        Case No. 17-_____ (___)
                                        :
                                        :
            Debtor.                     :
                                        :
No Tax I.D. No.                         :
----------------------------------------x
```

RLF1 17566912V.1

```
-----------------------------------------------------x
                                                     :
In re:                                               :          Chapter 11
                                                     :
TIDEWATER MARINE HULLS, L.L.C.                       :          Case No. 17-_____ (___)
                                                     :
                                                     :
            Debtor.                                  :
                                                     :
No Tax I.D. No.                                      :
-----------------------------------------------------x
                                                     :
In re:                                               :          Chapter 11
                                                     :
TIDEWATER MARINE SHIPS, L.L.C.                       :          Case No. 17-_____ (___)
                                                     :
                                                     :
            Debtor.                                  :
                                                     :
No Tax I.D. No.                                      :
-----------------------------------------------------x
                                                     :
In re:                                               :          Chapter 11
                                                     :
TIDEWATER MARINE                                     :          Case No. 17-_____ (___)
VESSELS, L.L.C.                                      :
                                                     :
            Debtor.                                  :
                                                     :
No Tax I.D. No.                                      :
-----------------------------------------------------x
```

RLF1 17566912V.1

## ORDER DIRECTING JOINT ADMINISTRATION OF
## CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)

Upon the motion, dated May 17, 2017 (the "**Motion**"),[1] of Tidewater Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for an order directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.        The Motion is granted as set forth herein.

2.        The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-_____ (      ).

3.        Nothing shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4.        The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | § | |
| *In re:* | § | **Chapter 11** |
| | § | |
| **TIDEWATER INC.,** *et al.*, | § | **Case No. 17-[_____] (___)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Tidewater Inc. (7776), Tidewater Marine Western, Inc. (1064), Tidewater Corporate Services, L.L.C. (7776), Tidewater Marine, L.L.C. (7779), Cajun Acquisitions, LLC (2365), Gulf Fleet Supply Vessels, L.L.C. (2194), Hilliard Oil & Gas, Inc. (4727), Java Boat Corporation (0278), Pan Marine International Dutch Holdings, L.L.C., Point Marine, L.L.C. (9586), Quality Shipyards, L.L.C. (2335), S.O.P., Inc. (3464), Tidewater Marine Alaska, Inc. (7549), Tidewater Marine International Dutch Holdings, L.L.C. (2289), Tidewater Marine Sakhalin, L.L.C. (7779), Tidewater Mexico Holding, L.L.C. (8248), Tidewater Venture, Inc. (7694), Twenty Grand (Brazil), L.L.C. (7730), Twenty Grand Marine Service, L.L.C. (7730), Zapata Gulf Marine, L.L.C. (5513), Tidewater GOM, Inc. (2799), Tidewater Subsea, L.L.C. (2022), Tidewater Subsea ROV, L.L.C. (3832), Tidewater Marine Fleet, L.L.C., Tidewater Marine Hulls, L.L.C., Tidewater Marine Ships, L.L.C., and Tidewater Marine Vessels, L.L.C.  The Debtors' principal offices are located at 601 Poydras Street, Suite 1500, New Orleans, Louisiana 70130.

5.      A docket entry shall be made in each of the above-captioned cases (except

the chapter 11 case of Tidewater Inc.) substantially as follows:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Tidewater Inc., *et al.*  The docket in Case No. 17-_____ (      )
> should be consulted for all matters affecting this case.

6.      The Debtors are authorized to take all steps necessary or appropriate to

carry out this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation or enforcement of this Order.

Dated:  _____, 2017
        Wilmington, Delaware


        _____
        UNITED STATES BANKRUPTCY JUDGE

RLF1 17566912V.1