IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 17-11132 (BLS) |
| Tidewater Inc., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel for the Independent Directors of the Board of Tidewater Inc. ("Independent Directors"), hereby enter their appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rule 2002 and section 342 of title 11 of the United States Code ("Bankruptcy Code"), that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

Jeffrey C. Wisler, Esq.
Kelly M. Conlan, Esq.
CONNOLLY GALLAGHER LLP
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email: jwisler@connollygallagher.com
          kconlan@connollygallagher.com

Robin Russell, Esq.
Timothy A. Davidson, II, Esq.
Andrews Kurth Kenyon LLP
600 Travis, Suite 4200
Houston, TX 7702
Telephone: (713) 220-4200
Email: rrussell@andrewskurth.com
          taddavidson@andrewskurth.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a consent to the jurisdiction of this Court, or to be a waiver of (a) the Independent Directors' rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which the Independent Directors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Independent Directors hereby expressly reserve.

Dated: May 25, 2017

CONNOLLY GALLAGHER LLP

Jeffrey C. Wisler (No. 2795)
Kelly M. Conlan (No. 4786)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email:  jwisler@connollygallagher.com
        kconlan@connollygallagher.com

and

Robin Russell, Esq.
Timothy A. Davidson, II, Esq.
Andrews Kurth Kenyon LLP
600 Travis, Suite 4200
Houston, TX 7702
Telephone: (713) 220-4200
Email: rrussell@andrewskurth.com
       taddavidson@andrewskurth.com

*Counsel for the Independent Directors of the Board of Tidewater Inc.*

#05317246