**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
In re:                                      :
                                            :        Chapter 11
TIDEWATER INC., et al.,                     :
                                            :        Case No. 17–11132  (BLS)
                                            :
                Debtors.¹                    :        (Jointly Administered)
-------------------------------------------------------- x
```

**NOTICE OF FILING OF SUPPLEMENT TO**
**JOINT PREPACKAGED CHAPTER 11 PLAN OF**
**TIDEWATER INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on May 17, 2017 (the "**Petition Date**"), Tidewater Inc. ("**Tidewater Parent**") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), commenced cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  On the Petition Date, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of Tidewater Inc. and Its Affiliated Debtors* [Docket No. 16] (as may be amended, modified and/or supplemented, the "**Prepackaged Plan**")² and the *Disclosure Statement for Joint Prepackaged Plan Tidewater Inc. and Its Affiliated Debtors* [Docket No. 17].

**PLEASE TAKE FURTHER NOTICE** that the Prepackaged Plan provides, in relevant part, that the Debtors will file a plan supplement containing certain documents necessary to implement the terms of the Prepackaged Plan (the "**Plan Supplement**") not later than seven calendar days before the end of the solicitation period for the Prepackaged Plan.  The end of the

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Tidewater Inc. (7776), Tidewater Marine Western, Inc. (1064), Tidewater Corporate Services, L.L.C. (7776), Tidewater Marine, L.L.C. (7779), Cajun Acquisitions, LLC (2365), Gulf Fleet Supply Vessels, L.L.C. (2194), Hilliard Oil & Gas, Inc. (4727), Java Boat Corporation (0278), Pan Marine International Dutch Holdings, L.L.C., Point Marine, L.L.C. (9586), Quality Shipyards, L.L.C. (2335), S.O.P., Inc. (3464), Tidewater Marine Alaska, Inc. (7549), Tidewater Marine International Dutch Holdings, L.L.C. (2289), Tidewater Marine Sakhalin, L.L.C. (7779), Tidewater Mexico Holding, L.L.C. (8248), Tidewater Venture, Inc. (7694), Twenty Grand (Brazil), L.L.C. (7730), Twenty Grand Marine Service, L.L.C. (7730), Zapata Gulf Marine, L.L.C. (5513), Tidewater GOM, Inc. (2799), Tidewater Subsea, L.L.C. (2022), Tidewater Subsea ROV, L.L.C. (3832), Tidewater Marine Fleet, L.L.C., Tidewater Marine Hulls, L.L.C., Tidewater Marine Ships, L.L.C., and Tidewater Marine Vessels, L.L.C.  The Debtors' principal offices are located at 601 Poydras Street, Suite 1500, New Orleans, Louisiana 70130.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan.

RLF1 17668523v.1

solicitation period for the Prepackaged Plan is 5:00 p.m. (Prevailing Eastern Time) on June 12, 2017.

**PLEASE TAKE FURTHER NOTICE** that a hearing is currently scheduled on **June 28, 2017 at 9:30 a.m. (Prevailing Eastern Time)** to consider compliance with disclosure and solicitation requirements relating to the Prepackaged Plan and confirmation of the Prepackaged Plan, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge in Room 1 of the Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 (the "**Hearing**").  The Hearing may be adjourned from time to time without further notice other than by filing a notice on the Bankruptcy Court's docket indicating such adjournment and/or an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit 1** and **Exhibit 2** are the following parts of the Plan Supplement:[3]

**Exhibit 1:**   New Board Members of Reorganized Tidewater Parent

**Exhibit 2:**   Restructuring Support Agreement, including, but not limited to, the following exhibits annexed thereto:

- **Exhibit C – Troms Agreement**

- **Exhibit D – Officer's Certificate**

- **Exhibit E – Form of Amended Tidewater Parent Organizational Documents**

- **Exhibit F – Form of Management Incentive Plan**

- **Exhibit G – Form of New Indenture**

- **Exhibit H – Form of New Creditor Warrant Agreement**

- **Exhibit I – Form of New Existing Equity Warrant Agreement**

- **Exhibit J – Form of Registration Rights Agreement**

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, and are considered part of, the Prepackaged Plan.  If the Prepackaged Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Prepackaged Plan.

---

[3] The Debtors expressly reserve the right, at any time prior to the Effective Date, to amend, modify and/or supplement this Plan Supplement or any of the documents contained therein.

2

**PLEASE TAKE FURTHER NOTICE** that copies of the exhibits contained in this Plan Supplement may be obtained free of charge through the website of the Debtors' notice, claims, and solicitation agent at http://dm.epiq11.com/tidewater.

Dated: June 5, 2017
        Wilmington, Delaware

/s/ Zachary I. Shapiro _____
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  defranceschi@rlf.com
Email:  shapiro@rlf.com

-and-

Ray C. Schrock, P.C. (admitted *pro hac vice*)
Jill Frizzley (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  ray.schrock@weil.com
Email:  jill.frizzley@weil.com

-and-

Alfredo R. Pérez (admitted *pro hac vice*)
Chris López (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:  alfredo.perez@weil.com
Email:  chris.lopez@weil.com

Proposed Attorneys for the Debtors
and Debtors in Possession

3