**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| *In re:* | : | **Chapter 11** |
| | : | |
| **TIDEWATER INC.,** *et al.*, | : | **Case No. 17–11132 (BLS)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.**[1] | : | |
| | : | **Re: D.I. 4, 99, & 230** |
| ------------------------------------------------------------ x | | |

**CERTIFICATION OF COUNSEL REGARDING ORDER ADJOURNING COMBINED HEARING ON (I) ADEQUACY OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES AND (II) CONFIRMATION OF PREPACKAGED PLAN**

The undersigned counsel hereby certifies as follows:

1. On May 17, 2017, Tidewater Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors to (A) Schedule Combined Hearing on (I) Adequacy of Disclosure Statement and Solicitation Procedures and (II) Confirmation of Prepackaged Plan; (B) Establish Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Prepackaged Plan; (C) Approve Form, Manner, and Sufficiency of Notice of Combined Hearing and Commencement of Chapter 11 Cases; (D) Authorizing, But Not Directing, Filing of Consolidated List of Creditors; (E) Extending Time, and Upon Plan Confirmation, Waiving of Requirements to (I) Convene Section 341 Meeting and (II) File Statements of Financial Affairs and Schedules of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Tidewater Inc. (7776), Tidewater Marine Western, Inc. (1064), Tidewater Corporate Services, L.L.C. (7776), Tidewater Marine, L.L.C. (7779), Cajun Acquisitions, LLC (2365), Gulf Fleet Supply Vessels, L.L.C. (2194), Hilliard Oil & Gas, Inc. (4727), Java Boat Corporation (0278), Pan Marine International Dutch Holdings, L.L.C., Point Marine, L.L.C. (9586), Quality Shipyards, L.L.C. (2335), S.O.P., Inc. (3464), Tidewater Marine Alaska, Inc. (7549), Tidewater Marine International Dutch Holdings, L.L.C. (2289), Tidewater Marine Sakhalin, L.L.C. (7779), Tidewater Mexico Holding, L.L.C. (8248), Tidewater Venture, Inc. (7694), Twenty Grand (Brazil), L.L.C. (7730), Twenty Grand Marine Service, L.L.C. (7730), Zapata Gulf Marine, L.L.C. (5513), Tidewater GOM, Inc. (2799), Tidewater Subsea, L.L.C. (2022), Tidewater Subsea ROV, L.L.C. (3832), Tidewater Marine Fleet, L.L.C., Tidewater Marine Hulls, L.L.C., Tidewater Marine Ships, L.L.C., and Tidewater Marine Vessels, L.L.C.  The Debtors' principal offices are located at 601 Poydras Street, Suite 1500, New Orleans, Louisiana 70130.

*Assets and Liabilities; and (F) Grant Related Relief* [Docket No. 4] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On May 19, 2017, the Court entered the *Order (A) Scheduling Combined Hearing on (I) Adequacy of Disclosure Statement and Solicitation Procedures and (II) Confirmation of Prepackaged Plan; (B) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Prepackaged Plan; (C) Approving Form, Manner, and Sufficiency of Notice of Combined Hearing and Commencement of Chapter 11 Cases; (D) Authorizing, But Not Directing, Filing of Consolidated List of Creditors; (E) Extending Time, and Upon Plan Confirmation, Waiving Requirements to (II) Convene Section 341 Meeting and (I) File Statement of Financial Affairs and Schedules of Assets and Liabilities; and (F) Granting Related Relief* [Docket No. 99] (the "**Original Scheduling Order**").

3. On June 16, 2017, the ad hoc committee of equity security holders[2] filed the *Ad Hoc Equity Committee's Emergency Request for Adjournment of the Joint Disclosure Statement and Plan Confirmation Hearing* [Docket No. 230] (the "**Adjournment Motion**").

4. On June 23, 2017, the Court held a hearing to consider the relief requested in the Adjournment Motion (the "**Hearing**"). Consistent with the record made at the Hearing, the Debtors and the Equity Committee have reached agreement regarding a proposed form of order modifying the Original Scheduling Order (the "**Proposed Adjournment Order**"). The Proposed Adjournment Order has been circulated, and is acceptable, to the Equity Committee, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the District of Delaware. The Proposed Adjournment Order is attached hereto as **Exhibit A**.

---

[2] On June 20, 2017, the Office of the United States Trustee for the District of Delaware appointed an Official Committee of Equity Security Holders (the "**Equity Committee**") [Docket No. 242].

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Adjournment Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: June 28, 2017
       Wilmington, Delaware

*/s/ Zachary I. Shapiro*
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
Email: shapiro@rlf.com

-and-

Ray C. Schrock, P.C. (admitted *pro hac vice*)
Jill Frizzley (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  ray.schrock@weil.com
Email:  jill.frizzley@weil.com

-and-

Alfredo R. Pérez (admitted *pro hac vice*)
Chris López (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  alfredo.perez@weil.com
Email:  chris.lopez@weil.com

*Attorneys for the Debtors and Debtors in Possession*