## Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
----------------------------------------------------------- x
In re:                                      :
                                            :       Chapter 11
TIDEWATER INC., et al.,                     :
                                            :       Case No. 17– 11132 (BLS)
                                            :
            Debtors. ¹                      :       (Jointly Administered)
                                            :       Re: D.I. 230, 251, 252, 253, 255, 258 & 268
----------------------------------------------------------- x
```

**ORDER (I) ADJOURNING COMBINED HEARING ON (A) ADEQUACY OF
DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES AND
(B) CONFIRMATION OF PREPACKAGED PLAN
AND (II) GRANTING CERTAIN RELATED RELIEF**

Upon the motion (the "**Motion**"), dated June 16, 2017, of the Ad Hoc Equity Committee

to adjourn the combined hearing (the "**Combined Hearing**") to consider (i) the adequacy of the

*Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of Tidewater*

*Inc. and Its Affiliated Debtors* [Docket No. 17] (the "**Disclosure Statement**"), (ii) the approval

of the solicitation procedures (the "**Solicitation Procedures**") for the *Joint Prepackaged*

*Chapter 11 Plan of Reorganization of Tidewater Inc. and Its Affiliated Debtors* [Docket No. 16]

(as may be amended, supplemented and restated, the "**Prepackaged Plan**"), and (iii)

confirmation of the Prepackaged Plan; and upon the Court's consideration of (a) the Motion and

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Tidewater Inc. (7776), Tidewater Marine Western, Inc. (1064), Tidewater Corporate Services, L.L.C. (7776), Tidewater Marine, L.L.C. (7779), Cajun Acquisitions, LLC (2365), Gulf Fleet Supply Vessels, L.L.C. (2194), Hilliard Oil & Gas, Inc. (4727), Java Boat Corporation (0278), Pan Marine International Dutch Holdings, L.L.C., Point Marine, L.L.C. (9586), Quality Shipyards, L.L.C. (2335), S.O.P., Inc. (3464), Tidewater Marine Alaska, Inc. (7549), Tidewater Marine International Dutch Holdings, L.L.C. (2289), Tidewater Marine Sakhalin, L.L.C. (7779), Tidewater Mexico Holding, L.L.C. (8248), Tidewater Venture, Inc. (7694), Twenty Grand (Brazil), L.L.C. (7730), Twenty Grand Marine Service, L.L.C. (7730), Zapata Gulf Marine, L.L.C. (5513), Tidewater GOM, Inc. (2799), Tidewater Subsea, L.L.C. (2022), Tidewater Subsea ROV, L.L.C. (3832), Tidewater Marine Fleet, L.L.C., Tidewater Marine Hulls, L.L.C., Tidewater Marine Ships, L.L.C., and Tidewater Marine Vessels, L.L.C.  The Debtors' principal offices are located at 601 Poydras Street, Suite 1500, New Orleans, Louisiana 70130.

the objections and joinders filed in response to the Motion at a hearing on June 23, 2017 and (b)

the Certification of Counsel, dated June 28, 2017,

## IT IS HEREBY ORDERED THAT:

1.      The Motion is granted to the extent set forth herein.

2.      The Combined Hearing will be held before The Honorable Brendan L.

Shannon, United States Bankruptcy Judge, in courtroom 1 of the United States Bankruptcy Court

for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware, **on July 13,**

**2017 at 9:30 a.m. (EDT)**.

3.      The deadline for the Official Committee of Equity Security Holders and

the Official Committee of Unsecured Creditors to file and serve any objections to the approval of

the Disclosure Statement, the Solicitation Procedures, and confirmation of the Prepackaged Plan

is **July 10, 2017 at 12:00 p.m. (EDT)** (the "**Committee Objection Deadline**").   For the

avoidance of doubt, the Committee Objection Deadline shall not apply to any other party.

4.      The deadline for filing any briefs, declarations and replies in support of

approval of the Disclosure Statement, the Solicitation Procedures, and confirmation of the

Prepackaged Plan is extended to **July 12, 2017 at 12:00 p.m. (EDT)**.

5.      The time within which the Debtors shall file their Schedules and SOFAs[2]

is further extended through and including July 31, 2017 (the "**Deadline**"), without prejudice to

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Motion of Debtors to (A) Schedule Combined Hearing on (I) Adequacy of Disclosure Statement and Solicitation Procedures and (II) Confirmation of Prepackaged Plan; (B) Establish Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Prepackaged Plan; (C) Approve Form, Manner, and Sufficiency of Notice of Combined Hearing and Commencement of Chapter 11 Cases; (D) Authorizing, But Not Directing, Filing of Consolidated List of Creditors; (E) Extending Time, and Upon Plan Confirmation, Waiving of Requirements to (I) Convene Section 341 Meeting and (II) File Statements of Financial Affairs and Schedules of Assets and Liabilities; and (F) Grant Related Relief* [Docket No. 4].

the Debtors' right to seek further extensions of the Deadline or to seek additional relief from this

Court regarding the filing of, or waiver of the requirement to file, the Schedules and SOFAs.

6.     This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: June _____, 2017
         Wilmington, Delaware
                                        _____
                                        THE HONORABLE BRENDAN L. SHANNON
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE