**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
```
*In re:*                                          :
                                                  :          **Chapter 11**
**TIDEWATER INC.,** *et al.,*                     :
                                                  :          **Case No. 17– 11132 (BLS)**
                                                  :
            Debtors.[1]                           :          **(Jointly Administered)**
                                                  :          **Re: Docket Nos. 163 & 338**
```
------------------------------------------------------------- x
```

### NOTICE OF FILING OF THIRD SUPPLEMENT TO
### SECOND AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF
### REORGANIZATION OF TIDEWATER INC. AND ITS AFFILIATED DEBTORS

   **PLEASE TAKE NOTICE** that on May 17, 2017 (the "**Petition Date**"), Tidewater Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), commenced cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). On the Petition Date, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of Tidewater Inc. and Its Affiliated Debtors* [Docket No. 16, as amended by Docket Nos. 336 & 359] (as may be further amended, modified and/or supplemented, the "**Prepackaged Plan**")[2] and the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan Reorganization of Tidewater Inc. and Its Affiliated Debtors* [Docket No. 17] (the "**Disclosure Statement**").

   **PLEASE TAKE FURTHER NOTICE** that the Prepackaged Plan provides, in relevant part, that the Debtors will file a plan supplement containing certain documents necessary to implement the terms of the Prepackaged Plan (the "**Plan Supplement**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Tidewater Inc. (7776), Tidewater Marine Western, Inc. (1064), Tidewater Corporate Services, L.L.C. (7776), Tidewater Marine, L.L.C. (7779), Cajun Acquisitions, LLC (2365), Gulf Fleet Supply Vessels, L.L.C. (2194), Hilliard Oil & Gas, Inc. (4727), Java Boat Corporation (0278), Pan Marine International Dutch Holdings, L.L.C., Point Marine, L.L.C. (9586), Quality Shipyards, L.L.C. (2335), S.O.P., Inc. (3464), Tidewater Marine Alaska, Inc. (7549), Tidewater Marine International Dutch Holdings, L.L.C. (2289), Tidewater Marine Sakhalin, L.L.C. (7779), Tidewater Mexico Holding, L.L.C. (8248), Tidewater Venture, Inc. (7694), Twenty Grand (Brazil), L.L.C. (7730), Twenty Grand Marine Service, L.L.C. (7730), Zapata Gulf Marine, L.L.C. (5513), Tidewater GOM, Inc. (2799), Tidewater Subsea, L.L.C. (2022), Tidewater Subsea ROV, L.L.C. (3832), Tidewater Marine Fleet, L.L.C., Tidewater Marine Hulls, L.L.C., Tidewater Marine Ships, L.L.C., and Tidewater Marine Vessels, L.L.C. The Debtors' principal offices are located at 601 Poydras Street, Suite 1500, New Orleans, Louisiana 70130.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan.

**PLEASE TAKE FURTHER NOTICE** that on June 5, 2017, the Debtors filed the initial Plan Supplement [Docket No. 163] (the "**Initial Plan Supplement**") and, on July 12, 2017, the Debtors filed the second Plan Supplement [Docket No. 338] (the "**Second Plan Supplement**").

**PLEASE TAKE FURTHER NOTICE** that both the Initial Plan Supplement and the Second Plan Supplement provided that the Debtors expressly reserved the right, at any time prior to the Effective Date, to amend, modify and/or supplement the Initial Plan Supplement and/or the Second Plan Supplement or any of the documents contained therein.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing was held on **July 13, 2017 at 9:30 a.m. (Prevailing Eastern Time)** before the Bankruptcy Court.  On July 17, 2017, the Bankruptcy Court entered the Confirmation Order [Docket No. 378], thereby approving the Disclosure Statement and confirming and approving the Prepackaged Plan.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto are the following supplements to the Prepackaged Plan (the "**Third Plan Supplement**" and together with the Initial Plan Supplement and the Second Plan Supplement, the "**Plan Supplements**"):[3]

> **Exhibit 1:**    Form of New Existing Equity Warrant Agreement[4]
>
> **Exhibit 2:**    Blackline of Form of New Existing Equity Warrant Agreement

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Third Plan Supplement are integral to, and are considered part of, the Prepackaged Plan.  The documents contained in the Plan Supplements have been approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the exhibits contained in the Plan Supplements, including this Third Plan Supplement, may be obtained free of charge through the website of the Debtors' notice, claims, and solicitation agent at http://dm.epiq11.com/tidewater.

---

[3] The Debtors expressly reserve the right, at any time prior to the Effective Date, to amend, modify and/or supplement the Plan Supplements (including this Third Plan Supplement) or any of the documents contained therein.

[4] Included in the Initial Plan Supplement was, among other things, the original form of New Existing Equity Warrant Agreement (the "**Original Existing Warrant Agreement**").  The form of New Existing Equity Warrant Agreement attached hereto as **Exhibit 1** supersedes and replaces the Original Existing Warrant Agreement in its entirety.

2

Dated: July 27, 2017
       Wilmington, Delaware

                                      */s/ Zachary I. Shapiro*

Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  defranceschi@rlf.com
Email:  shapiro@rlf.com

-and-

Ray C. Schrock, P.C. (admitted *pro hac vice*)
Jill Frizzley
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  ray.schrock@weil.com
Email:  jill.frizzley@weil.com

-and-

Alfredo R. Pérez (admitted *pro hac vice*)
Chris López (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  alfredo.perez@weil.com
Email:  chris.lopez@weil.com

*Attorneys for the Debtors*
*and Debtors in Possession*

3

RLF1 17855869v.2